DEFENDANT:          BRIAN HSU

YOB/AGE:            2001 / 20

OFFENSE(S):         Count 1: Title 49, United States Code, Section 46504 (Interference with Flight Crew)

                    Count 2: Title 18, United States Code, Section 113(a)(4) and Title 49, United States Code, Section 46506 (Assault within the Special Aircraft Jurisdiction of the United States)

LOCATION OF         Denver, Colorado and within the Special Aircraft Jurisdiction of the United
OFFENSE:            States

PENALTY:            Count 1: NMT 20 years imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment

                    Count 2: NMT 1 year imprisonment, NMT $100,000 fine or both; NMT 1 year supervised release; $100 Special Assessment

AGENT:              FBI S/A Brandon Barnes

AUTHORIZED          Bradley W. Giles
BY:                 Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:


  X   five days or less_____ over five days

THE GOVERNMENT

X  will not seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.