IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-mj-00179-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN HSU,

Defendant.

---

## MOTION TO RESTRICT

---

    The United States of America, by and through Bradley W. Giles, Assistant United States Attorney, moves the Court to enter an Order restricting the case, including the Criminal Complaint, Affidavit in Support of Criminal Complaint, and Arrest Warrant in the above-named matter, as well as this Motion and the Court's Order restricting these documents at Level 3, and as grounds therefore submits the following:

    1.  A Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, and this Motion have been filed as part of a continuing criminal investigation.

    2.  Restriction of the case and documents at Level 3 is appropriate under D.C.Colo.LCrR 47.1 for the following reasons:  1) the interests stated herein outweigh the presumption of public access; 2) clearly defined and serious injury would result if access is not restricted at Level 3, and; 3) only restricted access will adequately protect the interests in question.  Specifically, agents will need to safely effectuate the arrest of the defendant in order to bring him into custody on the requested warrant.  If the defendant is alerted to the existence of this warrant it could allow him to flee or otherwise evade arrest.  Accordingly, it is necessary to maintain the secrecy

of the investigation, as there is reason to believe that notification of the existence of the Criminal Complaint and Affidavit will seriously jeopardize the investigation by giving the target(s) an opportunity to flee from prosecution and/or intimidate potential witnesses in violation of 18 U.S.C. § 3509(d). Restricting access to the case and documents is the only practicable way to maintain the secrecy of the investigation and to adequately protect these concerns.

3. However, in light of the significant public interest in this matter, the government respectfully requests that the arrest warrant, affidavit and any order resulting from this motion, be automatically unsealed upon the arrest of the defendant.

WHEREFORE, the Government respectfully moves that the case, the Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, this Motion, and the Court's Order restricting these documents be restricted at Level 3 until such time as the defendant's arrest.

Respectfully submitted,

MATTHEW T. KIRSCH
United States Attorney

*s/ Bradley W. Giles*
By: Bradley W. Giles
Assistant U.S. Attorney
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Bradley.giles@usdoj.gov
Attorney for Government