IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   21-mj-00179-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN HSU,

    Defendant.

---

### ORDER TO RESTRICT

---

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including the Criminal Complaint, Affidavit in Support of Criminal Complaint, and Arrest Warrant in the above-captioned matter, as well as the Government's Motion to Restrict and this Order, are restricted at Level 3; and

2) In light of the public interest in this matter, those documents will be automatically unsealed upon the arrest of the defendant, pursuant to this warrant.

DATED this 29th day of October, 2021.

BY THE COURT:

*N. Reid Neureiter*
HON. N. REID NEUREITER
United States Magistrate Judge
DISTRICT OF COLORADO