IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:21-mj-00179-NRN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BRIAN HSU,

      Defendant.

---

## MOTION TO UNRESTRICT CASE

---

The United States, by and through the undersigned Assistant United States Attorney, files this Motion to Unrestrict Case and states as follows:

1. On October 29, 2021, the Honorable N. Reid Neureiter, United States Magistrate Judge for the District of Colorado, authorized a criminal complaint against the defendant, Brian Hsu.

2. Magistrate Judge Neureiter also ordered that the case documents, including the Criminal Complaint, the Affidavit in Support of Criminal Complaint, and Arrest Warrant be restricted at Level 3 pursuant to D.C.Colo.LCrR 47.1.

3. Finally, Magistrate Judge Neureiter ordered that the above documents be automatically unsealed upon the arrest of the defendant.

4. The undersigned Assistant United States Attorney has consulted with the Agents of the Federal Bureau of Investigation and Assistant United States Attorneys in the Central District of California who have confirmed that the defendant was arrested in the morning hours of November 1, 2021, and he has made an initial appearance in

the Central District of California on the above referenced Criminal Complaint. Thus,

there is no longer a need to maintain restriction of these documents.

WHEREFORE, the United States asks this Honorable Court to issue an order

unrestricting/unsealing this case in its entirety.

Dated this 1st day of November, 2021.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By:    *s/ Bradley W. Giles*
Bradley W. Giles
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado  80202
Telephone: (303) 454-0100
Fax:  (303) 454-0405
E-mail:  *Bradley.giles@usdoj.gov*
Attorney for the Government

## **CERTIFICATE OF SERVICE**

I certify that on this 1st day of November, I electronically filed the foregoing

**Motion to Unrestrict Case** with the Clerk of the Court using the CM/ECF system which

will send notification of such filing to all counsel of record in this case.


By:  *s/Stephanie Price*
       Legal Assistant
       United States Attorney's Office