IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:21-mj-00179-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN HSU,

    Defendant.

## ORDER TO UNRESTRICT CASE

The Court has considered the Government's motion to unrestrict/unseal this case in its entirety. Upon consideration,

IT IS ORDERED that this case and all documents filed under this case number are hereby unrestricted/unsealed.

IT IS SO ORDERED on this \_\_\_\_ day of November, 2021.

                BY THE COURT:

                _____
                HON. N. REID NEUREITER
                UNITED STATES MAGISTRATE JUDGE
                DISTRICT OF COLORADO